IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL THOMAS, #184741, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:03cv100-T |
| | ) | (WO) |
| J. C. GILES, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on April 26, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The petition for habeas corpus relief filed by Michael Thomas is DENIED as Thomas failed to file the petition within the one-year period of limitation set forth in 28 U.S.C. § 2244(d)(1).

2. This case is DISMISSED with prejudice.

DONE, this the 11th day of May, 2005.

                                                  /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE