IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL L. THOMAS,** ) | |
| ) | |
|     Petitioner, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 1:03cv100-T |
| ) | (WO) |
| **J.C. GILES, Warden, and** ) | |
| **WILLIAM H. PRYOR, JR.,** ) | |
| ) | |
|     Defendant. ) | |

### ORDER

By judgment entered on May 11, 2005 (Doc. No. 19), the court adopted the magistrate judge's recommendation (to which petitioner had not filed an objection within the time allowed) and denied petitioner's request for habeas relief. On May 17, 2005 (Doc. No. 20), petitioner filed a motion for reconsideration, seeking additional time to respond to the magistrate judge's recommendation. Before ruling on petitioner's additional-time motion, the court would like to know what objections petitioner intends to file to the magistrate judge's recommendation.

**Accordingly, it is ORDERED that petitioner is allowed until June 17, 2005, to file with the court his objections to the magistrate judge's recommendation.**

**DONE, this 23rd day of May, 2005.**

  **/s/ Myron H. Thompson**
  **UNITED STATES DISTRICT JUDGE**